# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date:

Clerk of the Circuit and County Courts
230 Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL  33301


RE:    Our case No.:
       Your case No.:


Dear Sir:

Enclosed  please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.


STEVEN M. LARIMORE
Clerk of Court



by: _____
    Deputy Clerk



Enclosures

- ❏ 400 N. Miami Ave. Room 8N09 Miami, FL 33128 (305) 523-5100
- ❏ 299 E. Broward Blvd. Room 108 Ft. Lauderdale, FL 33301 (954) 769-5400
- ❏ 701 Clematis Street Room 402 West Palm Beach, FL 33401 (561) 803-3400
- ❏ 300 South Sixth Street Fort Pierce, FL 34950 (772) 467-2330
- ❏ 301 Simonton Street, Room 130 Key West, FL 33040 (305) 295-8100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**  
Court Administrator • Clerk of Court

400 North Miami Avenue Room 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

Date:

Clerk of the Circuit and County Courts  
230 Broward County Courthouse  
201 S.E. 6th Street  
Fort Lauderdale, FL  33301

RE:   Our case No.:  
      Your case No.:

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX  
Clerk of Court

by: _____  
    Deputy Clerk

Enclosures

CLERK'S ACKNOWLEDGMENT OF RECEIPT of :

Certified copy of order of remand

is hereby acknowledged. This case has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____

❏400 N. Miami Avenue  
Room 8N09  
Miami, FL 33128  
(305) 523-5100

❏299 E. Broward Boulevard  
Room 108  
Ft. Lauderdale, FL 33301  
(954) 769-5400

❏701 Clematis Street  
Room 402  
West Palm Beach, FL 33401  
(561) 803-3400

❏300 South Sixth Street  
Fort Pierce, FL 34950  
(772) 467-2300

❏301 Simonton Street  
Room 130  
Key West, FL 33040  
(305) 295-8100